UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEONARD CARTER,

    Petitioner,                      Civil No. 2:14-cv-12787
                                          Honorable Patrick J. Duggan

v.

DUNCAN MACLAREN,

    Respondent.
_____/

## ORDER GRANTING MOTION TO AMEND HABEAS PETITION

Petitioner Leonard Carter filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent has not yet filed a response to the petition. Before the Court is Petitioner's motion to file an amended petition.

Petitioner requests that the Court permit him to file an amended petition altering his third habeas claim. A brief in support of the new claim has been included with the motion. Federal Rule of Civil Procedure 15 provides that the Court should freely allow a party to amend when justice so requires. FED. R. CIV. P. 15(a)(2). Here, the Court concludes that Respondent will not be prejudiced by allowing Petitioner to file his amended petition.

Accordingly, the Court **GRANTS** Petitioner's motion to amend his habeas petition.

1

**IT IS SO ORDERED.**

Dated: **November 3, 2014**

<u>s/PATRICK J. DUGGAN</u>
UNITED STATES DISTRICT JUDGE

Copies to:

**Leonard Carter**
230820
KINROSS CORRECTIONAL FACILITY
16770 S. WATERTOWER DRIVE
KINCHELOE, MI 49788

**Laura Moody, AAG**